GRAY et al. v. YORK STATE TELEPHONE CO. et al. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by William A. Gray and others against the York State Telephone Company and another for an injunction restraining defendants from erecting telephone poles and wires on a highway adjoining the plaintiffs' land. From a judgment in favor of plaintiffs, defendants appeal. Affirmed.

PER CURIAM. Judgment affirmed, on opinion in Richard A. Gray et al. v. Same De-

fendants, 86 N. Y. Supp. 771. One bill of costs only allowed in this case and in the case of Richard A. Gray et al. v. Same Defendants.